IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON MANOPLA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>-v-<br><br>SANSONE JR'S 66 AUTOMALL, and PAUL SANSONE, JR.,<br><br>　　　　　　　Defendants. | Civil Case Number:  3:19-cv-16522-ZNQ-LHG |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 21, 2022 Stipulation of Dismissal, all claims asserted against Defendants in Civil Action No. **3:19-cv-16522-ZNQ-LHG**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action

SO ORDERED THIS 22nd day of March 2022.

_____
HONORABLE ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE